# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE • 250 PEHLE AVENUE, SUITE 401 • SADDLE BROOK, N.J. 07663
201-845-9600 • FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

December 18, 2012

**BY HAND DELIVERY**
Clerk,
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

RECEIVED
DEC 18 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Re:  United States of America, et al v. Johnson & Johnson, et al.
Civil Action No.:

Dear Sir/Madam:

Enclosed herewith for filing under seal pursuant to 31 U.S.C. §3730(a)(2) are the following documents:

1. Original and two (2) copies for filing of the Complaint Pursuant to the Federal False Claims Act, 31 U.S.C. §3729 et seq. and Pendent State False Claims Acts with an extra copy to be stamped "filed" and returned;

2. Original Civil Cover Sheet;

3. Original and one copy of Motion to Seal Complaint Pursuant to 31 U.S.C. §3730(a)(2);

4. Original Memorandum of Law in Support of Motion to Seal Complaint Pursuant to 31 U.S.C. §3730(a)(2);

5. Original Request to Withhold Issuance of Summons;

6. Original Order Granting Motion to File Complaint In *Camera* and to Place Complaint and All Other Accompanying Papers in this Matter Including the Docket Under Seal.

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
COUNSELLORS AT LAW

December 18, 2012
Page 2

       7.     Cohn Lifland Pearlman Herrmann & Knopf business account check number 77303 in the amount of $350 made payable to the Clerk U.S. District Court.

Pursuant to 31 U.S.C. §3730(a)(2) all papers submitted in connection with this matter, including the motion to seal and supporting papers as well as the docket itself are to be sealed.

                            Respectfully yours,

                            */s/ Peter S. Pearlman*

                            Peter S. Pearlman

PSP:glv
Enclosure

```
Court Name: USDC, District of New Jersey
Division: 2
Receipt Number: NEW015501
Cashier ID: agiaquin
Transaction Date: 12/19/2012
Payer Name: Cohn Lifland Pearlman

CIVIL FILING FEE
  For: Cohn Lifland Pearlman
  Amount:         $350.00

CHECK
  Check/Money Order Num: 77303
  Amt Tendered: $350.00

Total Due:          $350.00
Total Tendered:     $350.00
Change Amt:         $0.00

USA et al, vs. Johnson and Johnson,
et al

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```