# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | Civil Action No. 12-7758 (MAS) (LHG) <br><br> **ORDER** |

This matter came before the Court for a telephone status conference on February 5, 2021. During the conference, the Court provided the parties until February 8, 2021 to e-file correspondence as to their willingness to attend mediation. Both parties subsequently e-filed correspondence indicating that they are willing to engage in mediation with Judge Jose L. Linares (Ret.). (Defs.' Letter, ECF No. 231; Relators' Letter, ECF No. 232.) Accordingly, based on the Court's inherent authority to control the matters on its docket,

**IT IS** on this 8th day of February 2021, **ORDERED** that:

1. This matter is stayed and administratively terminated without prejudice in order to afford the parties the opportunity to attend private mediation.

2. The February 16, 2021 deadline for the parties to file reply briefs is stayed pending the completion of mediation.

3. The parties shall e-file correspondence within seven days of the completion of mediation, at which time the Court will enter an appropriate order.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**