Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227

troutman.com



**Melissa A. Chuderewicz**
D 609.951.4118
melissa.chuderewicz@troutman.com

April 26, 2021

**VIA ECF**
Honorable Michael A. Shipp
United States District Court
  for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:    United States of America, et al., v. Johnson & Johnson, et al.
         Case No. 12-7758**

Dear Judge Shipp:

As Relators stated in their letter filed this morning (Docket No. 234), the parties did not agree to settlement terms during the mediation last Tuesday, April 20, 2021 with Judge Linares.  The parties concluded that a second mediation day—which was scheduled for tomorrow, April 27, 2021—would not be productive, and therefore agreed to cancel the second day.  Janssen understood that Judge Linares planned to communicate this to Your Honor, if he has not done so already.

Relators did not consult with Janssen before filing their letter, but Janssen agrees that the stay should be lifted so that the parties can file reply briefs relating to Janssen's motion for summary judgment and the parties' *Daubert* motions.  Janssen is also agreeable to any deadline (on or after May 3, 2021) that the Court may set for filing.

Also, as requested in its motion for summary judgment and its motions to exclude Relators' experts, Janssen believes that oral arguments and hearings, at the Court's discretion, are appropriate and necessary in this complex case.

Respectfully,

*/s/ Melissa A. Chuderewicz*

Melissa A. Chuderewicz

cc:    All Counsel of Record (via ECF)

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Michael J. Mann, Partner-in-Charge, Princeton Office

#115499575 v2