IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA PENELOW AND CHRISTINE BRANCACCIO,,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN PRODUCTS, LP,<br><br>Defendant. | Civil Action No. 12-7758 (MAS)(LHG) |

**ORDER GRANTING WITHDRAWAL OF COUNSEL LOGAN ANDERSON, ESQ.**

THESE MATTERS having been opened to the Court by Troutman Pepper Hamilton Sanders LLP, attorneys of record for Janssen, for an entry of an order withdrawing counsel Logan Anderson, Esq. pursuant to L. Civ. R.102.1; and the Court having considered the papers submitted by Janssen in support of its application; and for other and good cause shown,

IT IS on this  3rd  day of  June , 2021;

ORDERED that Janssen's Motion [252] is hereby granted; and it is

further ORDERED that Logan Anderson, Esq. is hereby withdrawn; and it is further

ORDERED that the Clerk should discontinue electronic notices to Mr. Anderson in this action.

_____
Honorable Lois Goodman
United State Magistrate Judge