UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA PENELOW and CHRISTINE BRANCACCIO,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN PRODUCTS, LP,<br><br>Defendant. | Civil Action No. 12-7758 (ZNQ) (LHG)<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** |

**QURAISHI, District Judge**

      This matter comes before the Court upon a Motion for Summary Judgment (the "Motion") filed by Janssen Products, LP ("Janssen").  (ECF No. 187.)  Janssen submitted a Brief in Support of the Motion.  ("Moving Br.," ECF No. 187-1.)  Relators Jessica Penelow and Christine Brancaccio (collectively, "Relators") opposed the Motion, ("Opp'n Br.," ECF No. 287), to which Defendant replied, ("Reply Br.," ECF No. 242).  For the reasons set forth in the accompanying Opinion, and for other good cause shown,

      **IT IS** on this **21st** day of **December 2021**,

      **ORDERED THAT** Janssen's Motion for Summary Judgment (ECF No. 187) is hereby **DENIED**.

                                              s/ Zahid N. Quraishi
                                              **ZAHID N. QURAISHI**
                                              **UNITED STATES DISTRICT JUDGE**