**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **JANSSEN PRODUCTS, LP,** <br><br> Defendant. | Civil Action No. 12-7758 (ZNQ)(LHG) <br><br><br> **FINAL PRETRIAL** <br> **SCHEDULING ORDER** |

     **THIS MATTER** having come before the Court on **January 12, 2022**, for a case management conference; Peter Pearlman, Esq., of Cohn, Lifland, Pearlman, Herrmann & Knopf, LLP, Sherrie Savett, Esq., Michael Fantini, Esq., Joy Clairmont, Esq., and William Ellerbe, Esq., of Berger Montague, P.C., appearing on behalf of Relators; Melissa Chuderewicz, Esq., Michael Shwartz, Esq., and Abigail Hazlett, Esq., of Troutman Pepper Hamilton Sanders, LLP, appearing on behalf of Defendant; and for good cause shown,

     **IT IS** on this **28th** day of **January, 2022,**

     **ORDERED** that a Final Pretrial Conference will be held at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **June 21, 2022 at 2:00 p.m**; and it is further

     **ORDERED** that, unless the parties agree otherwise, counsel for Relators shall serve their portion of the Final Pretrial Order on Defendant's counsel by no later than **June 2, 2022**; and it is further

     **ORDERED** that, unless the parties agree otherwise, counsel for Defendant shall serve its portion of the Final Pretrial Order on Relators' counsel by no later than **June 9, 2022**; and it is further

     **ORDERED** that the attorneys for all parties are further directed to meet together by agreement, initiated by Relators' counsel, before the date of the pretrial conference to:

    a.    discuss settlement;

    b.    stipulate to as many facts and issues as possible;

    c.    examine all exhibits and documents proposed to be used at trial;

    d.    complete all other matters which may expedite both the pretrial and trial of the case; and

e.  submit one hard copy and one copy via email (lhg_orders@njd.uscourts.gov) of the proposed Final Pretrial Order by no later than **June 16, 2022** to the Court; and it is further

**ORDERED** that appropriate markers shall be affixed to the exhibits at or prior to the time they are shown to opposing counsel at the meeting of counsel referred to above, and each marker will bear the number of the exhibit to which it is affixed; and it is further

**ORDERED** that at the pretrial conference counsel should be prepared to discuss settlement of the case.  Parties are to be available by telephone.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**