Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*(A Georgia Limited Liability Partnership)*
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
Phone: (609) 452-0808
Fax: (609) 451-1147
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* JESSICA PENELOW and CHRISTINE BRANCACCIO<br><br>Plaintiffs,<br>v.<br><br>JANSSEN PRODUCTS, LP<br><br>Defendant. | CASE NO. 12-7758 |

**CONSENT ORDER PERMITTING *PRO HAC VICE* ADMISSION OF**
**THOMAS M. GALLAGHER, ESQ. ON BEHALF OF JANSSEN PRODUCTS, LP**

This matter being opened to the Court by Melissa A. Chuderewicz, Esq., attorney for Defendant Janssen Products, LP, for a Consent Order allowing Thomas M. Gallagher, Esq. to appear and participate *pro hac vice* in the above-captioned matter; and all parties having consented to Mr. Gallagher's *pro hac vice* admission and for good cause shown pursuant to L. Civ. R. 101.1(c).

**IT IS** this 18th day of February, 2022, hereby,

**ORDERED** that Thomas M. Gallagher, Esq., member of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States Supreme Court, and the United States Court of Appeals for the Third Circuit, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to L. Civ. R. 101.1(c); provided, however that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney of the law firm Troutman Pepper Hamilton Sanders LLP who is a member in good standing with the Bar of the Supreme Court of the State of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and,

**IT IS FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Thomas M. Gallagher, Esq. shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-13; and,

**IT IS FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Thomas M. Gallagher, Esq. shall make payment of $150.00, payable to the Clerk, United States District Court; and,

**IT IS FURTHER ORDERED** that, Thomas M. Gallagher, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and

-3-

<u>Professional Responsibility</u>, L. Civ. R. 104.1, <u>Discipline of Attorneys</u> and Appendix R to the Local Civil Rule; and,

**IT IS FURTHER ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Thomas M. Gallagher, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7.

_____
LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE