**BERGER MONTAGUE PC**
Sherrie R. Savett
Joy P. Clairmont
Michael T. Fantini
William H. Ellerbe
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-4844
Fax: (215) 875-4604
E-Mail: wellerbe@bm.net

*Attorneys for Relators*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, EX REL. JESSICA PENELOW and CHRISTINE BRANCACCIO, <br><br> *Plaintiffs,* <br><br> v. <br><br> JANSSEN PRODUCTS, LP, <br><br> *Defendant.* | Civil Action No. 3:12-cv-07758-MAS-LHG <br><br> **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                             WILLIAM H. ELLERBE

Dated: May 3, 2022

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Allison N. Cook |
| Address: | Reese Marketos LLP |
| | 750 N. St. Paul Street |
| | Dallas, TX 75201 |
| E-mail: | allison.cook@rm-firm.com |