**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*(A Georgia Limited Liability Partnership)*
MELISSA A. CHUDEREWICZ
Suite 400
301 Carnegie Center
Princeton, New Jersey, 08543-5276
Phone: (609) 452-0808
Fax: (609) 452-1147
Melissa.Chuderewicz@troutman.com

Attorneys for Defendant
Janssen Products, LP

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
ABIGAIL HAZLETT (Admitted *Pro Hac Vice*)
MICHAEL A. SCHWARTZ (Admitted *Pro Hac Vice*)
BRIAN M. NICOLO
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
Abigail.Hazlett@troutman.com
Michael.Schwartz@troutman.com
Brian.Nichilo@troutman.com

*Attorneys for Defendant Janssen Products, LP*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA PENELOW AND CHRISTINE BRANCACCIO,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN PRODUCTS, LP<br><br>Defendant. | Civil Action No. 12-7758 (MAS)(LHG) |

**NOTICE OF WITHDRAWAL AS COUNSEL
AND WITHDRAWAL FROM ELECTRONIC NOTIFICATION**

145799391v1

Please withdraw the appearance of Christopher W. Wasson of Troutman Pepper Hamilton Sanders LLP, who was admitted *pro hac vice* on January 5, 2017 as attorney for Defendant, Janssen Products, LP, as Mr. Wasson is no longer working on this matter. It is also requested that the Clerk of Court withdraw Mr. Wasson from receiving electronic notifications in the within case. The undersigned attorneys who have appeared on behalf of Defendant, Janssen Products, LP, from Troutman Pepper Hamilton Sanders LLP will continue to represent the defendant in this matter.

Respectfully submitted,

By: s/ *Melissa A. Chuderewicz*
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*(A Georgia Limited Liability Partnership)*
Suite 400
301 Carnegie Center
Princeton, New Jersey, 08543-5276
Tel: (609) 452-0808
Fax: (609) 452-1147

Abigail Hazlett (admitted *pro hac vice*)
Michael A. Schwartz (admitted *pro hac vice*)
Brian M. Nichilo
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*(A Georgia Limited Liability Partnership)*
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103
Tel:  (215) 981-4000
Fax: (215) 981-4750

*Attorneys for Defendant Janssen Products, LP*

Dated: February 17, 2023

145799391v1