UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL NO. 12-7758 (ZNQ)

UNITED STATES, et al.

Jury Communication # 3

v.

JOHNSON & JOHNSON (JANSSEN)

In regards to jury instruction #22

Does the FDA ever write back approving final marketing material in writing

and/or

Is there an FDA approval process for final marketing material that comes in writting

DATE: 06/12/2024     TIME: 11:16 AM

FOREPERSON: [redacted]