# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* JESSICA PENELOW and CHRISTINE BRANCACCIO, | : : : : | No. 12-cv-07758 (ZNQ) (JBD) |
| Plaintiffs, | : : | |
| v. | : : | |
| JANSSEN PRODUCTS, LP, | : : | |
| Defendant. | : : | |

## <u>VERDICT FORM</u>

## <u>VERDICT FORM</u>

When answering the following questions and filling out this Verdict Form, please follow the directions provided in the Jury Instructions and throughout the form. Your answer to each question must be <u>unanimous</u>. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning of any legal term that appears in the questions below.

## I.    FALSE CLAIMS ACT – OFF-LABEL MARKETING CLAIMS

### Question One:

Did Relators prove by a preponderance of the evidence that Janssen violated the federal False Claims Act by unlawfully promoting Prezista or Intelence?

Yes ___✓___          No _____

*If you answered "Yes" to Question One, please proceed to Questions Two and Three. If you answered "No" to Question One, then stop here, answer no further questions in Part I, and proceed to Part II.*

### Question Two:

What number of false claims, if any, did Relators prove that Janssen caused to be submitted as a result of any False Claims Act violations you found in Question One?

Number of False Claims:    ___159,574___

### Question Three:

What amount of damages, if any, did Relators prove by a preponderance of the evidence that the United States sustained as a result of any False Claims Act violations you found in Question One?

Damages:    $ ___120,004,736.00___

## II.    FALSE CLAIMS ACT – ANTI-KICKBACK STATUTE CLAIMS

### Question Four:

Did Relators prove by a preponderance of the evidence that Janssen violated the federal False Claims Act by violating the Anti-Kickback Statute?

Yes _____        No  \_\_√\_\_\_\_

*If you answered "Yes" to Question Four, please proceed to Questions Five and Six.  If you answered "No" to Question Four, then stop here, answer no further questions in Part II, and proceed to Part III.*

### Question Five:

What number of false claims, if any, did Relators prove that Janssen caused to be submitted as a result of any False Claims Act violations you found in Question Four?

Number of False Claims:     _____

### Question Six:

What amount of damages, if any, did Relators prove by a preponderance of the evidence that the United States sustained as a result of any False Claims Act violations you found in Question Four?

Damages:   $_____

3

## III.  STATE FALSE CLAIMS ACTS

**Question Seven:**

Did Relators prove by a preponderance of the evidence that Janssen violated the state False Claims Acts of any of the following States by unlawfully promoting Prezista or Intelence?

California:       YES ___✓___       NO _____

Colorado:        YES ___✓___       NO _____

Connecticut:     YES ___✓___       NO _____

Delaware:        YES ___✓___       NO _____

Florida:         YES ___✓___       NO _____

Georgia:         YES ___✓___       NO _____

Hawaii:          YES ___✓___       NO _____

Illinois:        YES ___✓___       NO _____

Indiana:         YES ___✓___       NO _____

Iowa:            YES ___✓___       NO _____

Louisiana:       YES ___✓___       NO _____

Massachusetts:   YES ___✓___       NO _____

Michigan:        YES ___✓___       NO _____

Minnesota:       YES ___✓___       NO _____

Montana:         YES ___✓___       NO _____

| | | |
|---|---|---|
| Nevada: | YES ✓ | NO _____ |
| New Jersey: | YES ✓ | NO _____ |
| New Mexico: | YES ✓ | NO _____ |
| New York: | YES ✓ | NO _____ |
| North Carolina: | YES ✓ | NO _____ |
| Oklahoma: | YES ✓ | NO _____ |
| Rhode Island: | YES ✓ | NO _____ |
| Tennessee: | YES ✓ | NO _____ |
| Texas: | YES ✓ | NO _____ |
| Virginia: | YES ✓ | NO _____ |
| Washington: | YES ✓ | NO _____ |
| District of Columbia: | YES ✓ | NO _____ |

**Question Eight:**

What amount of damages, if any, did Relators prove by a preponderance of the evidence that the States sustained as a result of any violations you found in Question Seven?

Damages:  $ 30,001,184.00

**Question Nine:**

Did Relators prove by a preponderance of the evidence that Janssen violated the state False Claims Acts of any of the following States by violating the Anti-Kickback Statute?

| | | |
|---|---|---|
| California: | YES _____ | NO ___✓___ |
| Colorado: | YES _____ | NO ___✓___ |
| Connecticut: | YES _____ | NO ___✓___ |
| Delaware: | YES _____ | NO ___✓___ |
| Florida: | YES _____ | NO ___✓___ |
| Georgia: | YES _____ | NO ___✓___ |
| Hawaii: | YES _____ | NO ___✓___ |
| Illinois: | YES _____ | NO ___✓___ |
| Indiana: | YES _____ | NO ___✓___ |
| Iowa: | YES _____ | NO ___✓___ |
| Louisiana: | YES _____ | NO ___✓___ |
| Massachusetts: | YES _____ | NO ___✓___ |
| Michigan: | YES _____ | NO ___✓___ |
| Minnesota: | YES _____ | NO ___✓___ |
| Montana: | YES _____ | NO ___✓___ |
| Nevada: | YES _____ | NO ___✓___ |

New Jersey:            YES _____        NO __✓__

New Mexico:            YES _____        NO __✓__

New York:              YES _____        NO __✓__

North Carolina:        YES _____        NO __✓__

Oklahoma:              YES _____        NO __✓__

Rhode Island:          YES _____        NO __✓__

Tennessee:             YES _____        NO __✓__

Texas:                 YES _____        NO __✓__

Virginia:              YES _____        NO __✓__

Washington:            YES _____        NO __✓__

District of Columbia:  YES _____        NO __✓__


**Question Ten:**

What amount of damages, if any, did Relators prove by a preponderance of the evidence that the States sustained as a result of any violations you found in Question Nine?


Damages:  $_____∅_____

## SIGNATURE

WHEN THE JURY HAS REACHED A UNANIMOUS VERDICT, THE
FOREPERSON MUST SIGN THIS VERDICT FORM AND SIGNAL THE
CLERK THAT THE JURY IS READY TO RENDER A VERDICT.

Date: 6/13/24        Jury Foreperson:

8