

Pete Marketos
Partner

pete.marketos@rm-firm.com
p (214) 382-9803
f (214) 501-0731

August 6, 2024

<u>Via ECF</u>
Honorable Zahid N. Quraishi
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7050
Trenton, NJ 08608

  RE:  *United States of America ex rel. Penelow v. Janssen Products, LP,*
      C.A. No. 12-7758 (ZNQ)(JBD)

Dear Judge Quraishi:

  Per the Court's instructions on July 30, 2024, the parties met and conferred and jointly propose the following revised post-verdict briefing schedule:

  (1) The parties will file their respective responses/oppositions to the initial motions, which are due on August 12, 2024, **on or before October 11, 2024**; and

  (2) The parties will file any reply briefs **on or before November 8, 2024**.

  Further, the page limits for the supporting briefs for Relators' responses/oppositions to Janssen's initial motions are extended to 100 total pages.

  We respectfully request that the Court approve this proposed post-verdict briefing schedule and page extension.

                  Sincerely,

                  Pete Marketos

**So Ordered this 7th day of August 2024.**

_____
**ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE**

750 N. Saint Paul St., Suite 600  |  Dallas, TX 75201