Allison M. Brown
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Phone: (212) 735-3222
Fax: (917) 777-3222
Allison.Brown@skadden.com

Geoffrey M. Wyatt
(admitted *pro hac vice*)
Bradley A. Klein
(admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, N.W.
Washington, D.C. 20005
Geoffrey.Wyatt@skadden.com
Bradley.Klein@skadden.com

Abigail Hazlett
(admitted *pro hac vice*)
Michael A. Schwartz
(admitted *pro hac vice*)
Brian M. Nichilo
**TROUTMAN PEPPER**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
Abigail.Hazlett@troutman.com
Michael.Schwartz@troutman.com
Brian.Nichilo@troutman.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA PENELOW and CHRISTINE BRANCACCIO, <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN PRODUCTS, LP, <br><br> Defendant. | Case No. 12-7758 (ZNQ)(JBD) |

## **DECLARATION OF ALLISON M. BROWN IN SUPPORT OF DEFENDANTS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW**

i

I, Allison M. Brown, declare as follows:

1. I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel to Defendant Janssen Products, LP ("Janssen"), and an attorney of record in this matter.

2. I submit this declaration in support of Janssen's Motion and Memorandum of Law in Support of Motion for Judgment as a Matter of Law.

3. I have personal knowledge to state the following facts and to affirm that the attached exhibits are true and correct copies of the documents they purport to be.

4. Attached as **Exhibit 1** is a true and correct copy of the United States' Amicus Curiae brief in United States ex rel. Solis v. Millennium Pharms., Inc., Nos. 15-16953 et al. (9th Cir. filed Nov. 17, 2016).

5. Attached as **Exhibit 2** is a true and correct copy of Defense Exhibit No. 8518.

6. Attached as **Exhibit 3** is a true and correct copy of Defense Exhibit No. 8856.

7. Attached as **Exhibit 4** is a true and correct copy of Defense Exhibit No. 2372.

8. Attached as **Exhibit 5** is a true and correct copy of Defense Exhibit No. 8511.

9. Attached as **Exhibit 6** is a true and correct copy of Defense Exhibit No. 3005.

10. Attached as **Exhibit 7** is a true and correct copy of Defense Exhibit No. 8851.

11. Attached as **Exhibit 8** is a true and correct copy of Relators' Exhibit No. 423.

12. Attached as **Exhibit 9** is a true and correct copy of Relators' Exhibit No. 361.

13. Attached as **Exhibit 10** is a true and correct copy of an FDA publication titled *Guidance for Industry: Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products — Content and Format*, published in January of 2006.

14. Attached as **Exhibit 11** is a true and correct copy of the September 21, 2005 Lipitor Label.

15. Attached as **Exhibit 12** is a true and correct copy of Defense Exhibit No. 1007A.

16. Attached as **Exhibit 13** is a true and correct copy of Defense Exhibit No. 1045A.

17. Attached as **Exhibit 14** is a true and correct copy of Relators' Exhibit No. 1356.

18. Attached as **Exhibit 15** is a true and correct copy of Relators' Exhibit No. 1354.

19. Attached as **Exhibit 16** is a true and correct copy of Relators' Exhibit No. 1352.

20. Attached as **Exhibit 17** is a true and correct copy of a letter from Sally K. Richardson to State Medicaid Director(s), sent on December 5, 1994.

21. Attached as **Exhibit 18** is a true and correct copy of an article titled *Medicaid Policies for HIV-Related Prescription Drugs*, published in 1994 and authored by Robert J. Buchanan & Scott R. Smith.

22. Attached as **Exhibit 19** is a true and correct copy of the Memorandum from Michael Granston titled, *Factors for Evaluating Dismissal Pursuant to 31 U.S.C. 3730(c)(2)(A)*, published on January 10, 2018.

23. Attached as **Exhibit 20** is a true and correct copy of the Memorandum for the Attorney General from William P. Barr titled *Constitutionality of the Qui Tam Provisions of the False Claims Act*, published on July 18, 1989.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2024          */s/ Allison M. Brown*

| | |
|---|---|
| Allison M. Brown<br>**SKADDEN, ARPS, SLATE,**<br>**MEAGHER & FLOM LLP**<br>One Manhattan West<br>New York, New York 10001<br>Phone: (212) 735-3222<br>Fax: (917) 777-3222<br>Allison.Brown@skadden.com<br><br>Geoffrey M. Wyatt<br>(admitted *pro hac vice*)<br>Bradley A. Klein<br>(admitted *pro hac vice*)<br>**SKADDEN, ARPS, SLATE,**<br>**MEAGHER & FLOM LLP**<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 371-7000<br>Geoffrey.Wyatt@skadden.com<br>Bradley.Klein@skadden.com | Abigail Hazlett<br>(admitted *pro hac vice*)<br>Michael A. Schwartz<br>(admitted *pro hac vice*)<br>Brian M. Nichilo<br>**TROUTMAN PEPPER**<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, Pennsylvania 19103<br>Phone: (215) 981-4000<br>Fax: (215) 981-4750<br>Abigail.Hazlett@troutman.com<br>Michael.Schwartz@troutman.com<br>Brian.Nichilo@troutman.com<br><br><br>*Attorneys for Defendant* |

4