## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA PENELOW and CHRISTINE BRANCACCIO, <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN PRODUCTS, LP, <br><br> Defendant. | : <br> : <br> : <br> : Case No. 12-7758 (ZNQ)(JBD) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### [PROPOSED] ORDER GRANTING JANSSEN PRODUCTS, LP'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A NEW TRIAL

**THIS MATTER,** having been opened to the Court by Defendant Janssen Products, LP ("Janssen") for entry of a motion in support of a new trial, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown:

**IT IS** on this \_\_\_\_ day of _____, 2024

**ORDERED** as follows:

Janssen's Motion is **GRANTED** in its entirety.

_____
Hon. Zahid N. Quraishi, U.S.D.J

1