# EXHIBIT A-1



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA et al.,        )   CASE NO. 12-7758 (ZHQ)(JBD)
                                         )
ex rel. JESSICA PENELOW AND              )   OPINION
                                         )
CHRISTINE BRANCACCIO,                    )
                                         )
            Plaintiffs,                  )
                                         )
    v.                                   )
                                         )
JANSSEN PRODUCTS, LP                     )
                                         )
            Defendants.                  )

# Prof. Shaked's Presentation
# June 3, 2024

# Statistical and Economical Analysis



# Prof. Shaked's Credentials



# Prof. Shaked's Credentials



- Doctor of Business Administration (DBA), Harvard Business School.

- Master in Business Administration (MBA) in Finance, BA in Economics, BA in Statistics

- Over 43 years: Professor of Finance and Economics, Boston University.

- Over 35 years: Co-Founder and Managing Director of The Michel-Shaked Group.

- Authored several books and numerous academic and trade articles.



# Prof. Shaked's Credentials



- ☐ Testified before the U.S. Congress's House Ways and Means Committee.

- ☐ Testified on behalf of and opposed to the Internal Revenue Service (IRS).

- ☐ Consulted the U.S. Department of Justice (DOJ).

- ☐ Consulted/Analyzed the Federal Deposit Insurance Corporation (FDIC).

- ☐ Consulted/Analyzed numerous companies in a wide range of industries, including:

  - ∧ Pharmaceuticals: Plantex, Pfizer, Chiron, Novartis, Teva Pharmaceutical, Merck, Schering-Plough, and Bayer AG

  - ∧ Pharmacies: Allion HC, Cardinal Health, FoxMeyer Corp, McKesson HBOC, Walgreen, Guardian Pharmacy of Atlanta, TridentCare (radiology), and PharMerica





## Scope of Engagement



# Scope of Engagement

☐ In relation to Janssen Products, L.P.'s ("**Janssen's**") business from June 2006 to December 2014, I was requested to **analyze and opine on:**

⚔ **The total compensation paid to physicians[1] serving on Janssen's** Prezista and Intelence **Speaker Bureaus**;

⚔ **The relationship between compensation paid to speakers and their subsequent levels of P&I prescriptions ("Rx")**;

⚔ **The relationship between Janssen's off-label marketing and physicians' subsequent levels of off-label P&I Rx**;

⚔ **Total amount of damages** relating to Janssen's alleged:

    • **Unlawful kickbacks paid to doctors**; and

    • **Off-label marketing of its HIV drugs Prezista and Intelence ("P&I")**, in violation of the False Claims Act;

*(1) Physicians are defined as all health care professionals who prescribe medication to patients.*

MSG

# Case Background



# Janssen's HIV Drugs: Prezista & Intelence

## Medical Terminology

☐ Janssen started selling the **antiretroviral ("ARV") drugs** Prezista and Intelence, in June 2006, and January 2008, respectively.[1]

☐ Medical terminology:

⋗ **Antiretroviral drugs**: drugs used to treat HIV/AIDS.

⋗ **Treatment-experienced**: refers to patients who have previously taken ARV drugs.

⋗ **Treatment-naïve**: refers to patients who have NOT previously taken ARV drugs.

⋗ **Combination treatment**: a treatment that includes more than one unique ARV drug.

⋗ **Once-daily** vs. **twice-daily**: daily drug dosage frequency.

⋗ **Protease Inhibitors ("PI")**: Class of ARV drugs that Prezista is a part of.

⋗ **NNRTI**:[2] Class of ARV drugs that Intelence is a part of.

(1) BTIG research report, Initiating Coverage, "Johnson & Johnson: Improving Growth Outlook into 2017...," October 29, 2015, p. 30; Drugs.com, "FDA Approves Intelence," (https://www.drugs.com/newdrugs/fda-approves-intelence-etravirine-hivcombination-therapy-813.html).
(2) Non-nucleoside reverse-transcriptase inhibitor.

8



# Janssen's HIV Drugs: Prezista & Intelence

**Prezista**

## US FDA Approval Timeline for Prezista Use:

| June 2006 | October 2008 |
|---|---|
| Accelerated approval for combination treatment of **treatment-experienced** HIV Adult Patients | Once-daily for combination treatment of **treatment-naïve** HIV Adult Patients<br><br>&<br><br>Twice-daily for **treatment-experienced** patients |

**Prezista's adverse reactions include increased lipid levels.**



*Source: BTIG research report, Initiating Coverage, "Johnson & Johnson: Improving Growth Outlook into 2017…," October 29, 2015, p. 30.*



9

# Janssen's HIV Drugs: Prezista & Intelence

## Prezista Rx Reimbursed by Government Payors: Medicare, Medicaid and ADAP

**Prezista Government Reimbursements $2.35 billion**

*Source: CCW and ADAP database.*



# Janssen's HIV Drugs: Prezista & Intelence

## Prezista

☐ Compared to other protease inhibitors, **the market share of Prezista was the fastest rising from mid-2011 to mid-2014, reaching a market share of 25.6%** by the second quarter of 2014:[1]



**Total TRx Market Share**

*(1) BMO Capital Markets research report, Initiating Coverage, "Johnson & Johnson: Initiating Coverage with an Outperform Rating," September 4, 2014, p. 49.*

*(2) TRx stands for total prescriptions.*



# Janssen's HIV Drugs: Prezista & Intelence

## Intelence

**Intelence was never approved for treatment-naïve patients or for once a day dosing.**

Sources: Drugs.com, "FDA Approves Intelence," (https://www.drugs.com/newdrugs/fda-approves-intelence-etravirine-etravirine-hivcombination-therapy-813.html); Drugs.com, "U.S. Food And Drug Administration (FDA) Grants Traditional Approval for Intelence (etravirine)," (https://www.drugs.com/newdrugs/u-s-food-administration-fda-grants-traditional-approval-intelence-etravirine-1790.html); Drugs.com, "FDA Approves Intelence for Pediatric Patients," (https://www.drugs.com/newdrugs/fda-approves-intelence-etravirine-experienced-pediatric-patients-hiv-1-following-priority-review-3155.html).



# Janssen's HIV Drugs: Prezista & Intelence

## Intelence Rx Reimbursed by Government Payors: Medicare, Medicaid and ADAP



Intelence Government Reimbursements $597.6 million

*Source: CCW and ADAP database.*

13

MSG

# Kickbacks and Off-Label Marketing



# Kickbacks and Off-label Marketing

☐ Allegedly, Janssen marketed off-label information about P&I to physicians. **The following physicians are considered to be "influenced."**

## 1) Speaking at a speaking event



## 2) Attending a speaking event



## 3) Receiving Janssen's marketing from a sales representative





# Off-label Marketing of Prezista

## Janssen's Prezista Off-label Claims: Definitions

☐ **Lipids Claim**

⚔ **All Prezista Rx, written for patients who received any lipid regulating medication or a lipid-related diagnosis prior to the first time they were prescribed Prezista.**

☐ **Treatment Naïve Claim**

⚔ **All Prezista Rx** (June 2006 - September 2008), **written for patients who previously were not taking any ARV medication.**[1]

---

(1) *Patients who did not have an Rx for another ARV medication prior to that patient's first Prezista Rx, and who have not received an Rx for a non-Prezista ARV drug within 90 days following their first claim of any kind.*



# Off-label Marketing of Intelence

## Janssen's Intelence Off-label Claims: Definitions

☐ **Treatment Naïve Claim**

⚔ **All Intelence Rx, written for patients who previously were not taking any ARV medication.**[1]

☐ **Once-Daily Dosing Claim**

⚔ **All Intelence Rx with once-daily dosage.**

---

(1) *Patients who did not have an Rx for another ARV medication prior to that patient's first Intelence Rx, and who have not received an Rx for a non-Intelence ARV drug within 90 days following their first claim of any kind.*



# Kickbacks and Off-label Marketing: Damages

## Off-label Marketing

Janssen providing off-label marketing to physicians



Damages: All influenced physicians' initiated + attributed off-label P&I Rx ($)

## Kickbacks

Janssen providing kickbacks to speakers



Damages: All speakers' P&I Rx after their first speech



# Anti-Kickback Analyses: Speaker Compensation and Rx



# Anti-Kickback Analyses: Speaker Compensation

## Speaker Compensation

☐ I calculated the **total annual amount of compensation paid by Janssen to all speakers** (2006 to 2014) for the following five categories:

| Year | Honoraria | Speaker Training Fees | Speaker Expenses | Consulting Fees | Consulting Expenses | Total Compensation |
|------|-----------|-----------------------|------------------|-----------------|---------------------|--------------------|
| 2006 | $ 573,750 | $ - | $ 34,276 | $ - | $ - | $ 608,026 |
| 2007 | $ 708,050 | $ 14,000 | $ 23,432 | $ - | $ - | $ 745,482 |
| 2008 | $ 1,749,250 | $ 214,800 | $ 103,060 | $ 3,000 | $ 44,933 | $ 2,115,042 |
| 2009 | $ 2,077,500 | $ 33,050 | $ 75,375 | $ 157,500 | $ 68,407 | $ 2,411,832 |
| 2010 | $ 2,203,750 | $ 101,250 | $ 344,137 | $ 135,350 | $ 59,825 | $ 2,844,312 |
| 2011 | $ 2,579,350 | $ 157,000 | $ 463,924 | $ 105,762 | $ 30,688 | $ 3,336,724 |
| 2012 | $ 1,840,350 | $ 100,000 | $ 237,838 | $ 103,000 | $ 29,504 | $ 2,310,692 |
| 2013 | $ 867,300 | $ 30,700 | $ 76,219 | $ 101,624 | $ 26,701 | $ 1,102,544 |
| 2014 | $ 1,500,350 | $ 17,250 | $ 213,707 | $ 38,620 | $ 9,404 | $ 1,779,331 |
| **Total** | **$14,099,650** | **$ 668,050** | **$1,571,968** | **$ 644,857** | **$ 269,461** | **$ 17,253,986** |

*Note: Analysis based on 321 speakers who had a known National Provider Identifier ("NPI") number (Medicare and Medicaid). Total compensation calculation excludes all attendee-related expenses.*

*Source: Expert Report of Prof. Shaked, Exhibit 11-2.*



# Anti-Kickback Analyses: Speaker Compensation

## Speaker Compensation vs. Speaker P&I Rx ($)

☐ Total compensation and P&I Rx ($) for all **321 paid Janssen speakers** who had a known NPI number (for the period 2006 to 2014):



**321 Speakers with Known NPI #s (2006 to 2014)**

$350,000,000
$300,000,000
$250,000,000
$200,000,000
$150,000,000
$100,000,000
$50,000,000
$-

$327,151,911[1]

$17,253,986

■ Total Compensation ($)   ■ Total P&I Rx ($)



*Note: (1) Does not reflect the patients' typical life-long prescriptions following 2014.*
*Source: Expert Report of Prof. Shaked, Exhibit 14.*



# Anti-Kickback Analyses: Speaker Rx Levels

## Speakers Continued to Prescribe P&I Once They Started Giving Paid Speeches

The dollar amount of P&I Rx[1] from speakers' first speech through 2014:[2]

Over $327.2 million of speakers' P&I Rx income reimbursed by government.[3]

Notes:
(1) The dollar amount of P&I Rx is defined as "P&I Rx $"
(2) Does not reflect the patients' typical life-long prescriptions following 2014.
(3) Analysis based on 321 speakers who had a known National Provider Identifier ("NPI") number, and who received compensation from Janssen (Medicare, Medicaid and ADAP).

Source: Expert Report of Prof. Shaked, Analysis 1.



# Anti-Kickback Analyses:
# Speaker Disproportionate Level of P&I Rx



# Anti-Kickback Analyses: Speaker Disproportionate Level of P&I Rx

## Speakers Prescribed 11% of All P&I Rx, While Accounting for Only 0.31% of All Physicians Who Prescribed at Least 1 ARV Drug 2006-2014

| | # of Physicians | Total Government Reimbursed P&I Rx | |
|---|---|---|---|
| Speakers | 335 | $ | 327,151,911 |
| All Physicians | 109,306 | $ | 2,946,410,440 |
| Speakers as % All | 0.31% | | 11.10% |

*Note: Analysis based on Medicare, Medicaid and ADAP data.*
*Source: Expert Report of Prof. Shaked, Analysis 3.*



# Anti-Kickback Analyses: Speaker Disproportionate Level of P&I Rx

## Speakers Prescribed 11% of All P&I Rx, While Accounting for Only 0.31% of All Physicians Who Prescribed at Least 1 ARV Drug 2006-2014



An average speaker prescribed 36 times (11.10%/0.31%) more P&I Rx than an average non-speaker.

*Note: Analysis based on Medicare, Medicaid and ADAP data.*
*Source: Expert Report of Prof. Shaked, Analysis 3.*





# Anti-Kickback Analyses: Speaker Disproportionate Level of P&I Rx

## Speakers Were More Likely than Non-Speakers to Prescribe P&I





Note: All physicians analyzed prescribed at least one ARV drug from 2006 to 2014 (Medicare).

Source: Expert Report of Prof. Shaked, Analysis 5.





# Anti-Kickback Analyses: Speaker Disproportionate Level of P&I Rx

## Speakers Were More Likely than Non-Speakers to Prescribe P&I



**% of Physicians Who Prescribed NO Prezista or Intelence**

- Non-Speakers: 77.2%
- Speakers: 1.3%

*Note: All physicians analyzed prescribed at least one ARV drug from 2006 to 2014 (Medicare).*

*Source: Expert Report of Prof. Shaked, Analysis 5.*



# Anti-Kickback Analyses: Speaker Disproportionate Level of P&I Rx

## Speakers Were More Likely than Non-Speakers to Prescribe P&I

### Test: Difference of Two Population Means

| Statistic | Ratio of All P&I Rx-to-All ARV Rx | |
|---|---|---|
| | Non-Speakers | Speakers |
| Number of Physicians | 108,998 | 308 |
| Median | 0.0% | 10.2% |
| Average | 4.9% | 10.4% |

**Z score = 21.48**

**The probability that the difference between average happened by chance is less than 1 in 10 billion**

**Based on the strength of the results of the statistical test, Janssen speakers were more likely to prescribe P&I Rx than non-speakers.**

*Note: Z score of 1.65 suggests statistical significance at the 95% confidence level.*
*All physicians analyzed prescribed at least one ARV drug from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 5.*



# Anti-Kickback Analyses: Speakers' Rx vs. Compensation

# Anti-Kickback Analyses: Speakers' Rx vs. Compensation

## Speakers Who Received More Compensation Prescribed More P&I Rx ($) than Speakers Who Received Less Compensation

☐ **Grouping speakers by total 2006-2014 compensation:**



*Note: The groups presented in the chart consist of the following number of physicians (from left to right): 207, 45, and 53.*
*Analysis based on 305 speakers who had at least 1 P or I Rx from 2006 to 2014 and had a known NPI number (Medicare, Medicaid and ADAP).*
*Total speaker compensation does not include speaker training fees and speaker expenses.*
*Source: Expert Report of Prof. Shaked, Analysis 4A.*



# Anti-Kickback Analyses: Speakers' Rx vs. Compensation

## Speakers Who Received More Compensation Prescribed More P&I Rx ($) than Speakers Who Received Less Compensation

☐ Dividing the speakers to 3 equal size groups based on total 2006-2014 compensation:



**Average Annual P&I Rx ($) per Speaker**

- Bottom Third $1K to $11K: $131,207
- Middle Third $11K to $40K: $153,376
- Top Third $40K to $468K: $230,840

Total 2006-2014 Compensation

**Median Annual P&I Rx ($) per Speaker**

- Bottom Third $1K to $11K: $95,039
- Middle Third $11K to $40K: $105,347
- Top Third $40K to $468K: $183,620

Total 2006-2014 Compensation

*Note: The groups presented in the chart consist of the following number of physicians (from left to right): 101, 102, and 102.*
*Analysis based on 305 speakers who had at least 1 P or I Rx from 2006 to 2014 and had a known NPI number (Medicare, Medicaid and ADAP).*
*Total speaker compensation does not include speaker training fees and speaker expenses.*
*Source: Expert Report of Prof. Shaked, Analysis 4A.*



31

# Anti-Kickback Analyses: Speakers' Rx vs. Compensation

## Higher Speaker Compensation Linked to More P&I Rx ($)

☐ I performed **Rank-Order Correlation Test**[1] to determine whether speakers who received more compensation prescribed more P&I Rx ($) than speakers who received less compensation.

☐ **Question: is the relationship positive and statistically significant?**

☐ Calculating **Rank-Order correlation between:**

➤ 1) **speaker rankings based on their total 2006-2014 compensation;**

➤ 2) **speaker rankings based on their annual average P&I Rx ($).**

*Note: (1) Rank-Order correlation test is also referred to as Spearman's correlation test.*
*Analysis based on 305 speakers who had at least 1 P or I Rx from 2006 to 2014 and had a known NPI number (Medicare, Medicaid and ADAP).*
*Source: Expert Report of Prof. Shaked, Analysis 4B.*



# Anti-Kickback Analyses: Speakers' Rx vs. Compensation

## Higher Speaker Compensation Linked to More P&I Rx ($)

**Rank-Order Correlation = 0.234**

**t-value = 4.212**

**t-value of 4.2: Calculated correlation between speaker compensation and P&I Rx ($) is statistically significant.**

**The statistical results indicate that speakers who received more compensation prescribed more P&I Rx ($) than speakers who received less compensation.**

*Note: t-value of 1.65 suggests statistical significance at the 95% confidence level.*
*Analysis based on 305 speakers who had at least 1 P or I Rx from 2006 to 2014 and had a known NPI number (Medicare, Medicaid and ADAP).*
*Source: Expert Report of Prof. Shaked, Analysis 4B.*



# Off-Label Analyses: Comparisons of P&I Off-Label Rates



# Off-Label Analyses: Comparisons of P&I Off-Label Rates

**Comparison Groups:**

## Group 1

- Thousands of HIV Patients
- Get Prezista/Intelence
- Same Time Period
- Government Reimbursement
- Thousands of Non-Influenced Physicians

## Group 2

- Thousands of HIV Patients
- Get Prezista/Intelence
- Same Time Period
- Government Reimbursement
- Thousands of Influenced Physicians

The primary difference between the two groups is that influenced physicians have received Janssen's Marketing, while the non-influenced physicians have not.



# Influenced vs. Non-Influenced: Number of Initiated Patients

## The Law of Large Numbers

|  | Prezista Patients | Intelence Patients | Total |
|---|---|---|---|
| Initiated by **Influenced** Physicians | 55,879 | 20,111 | **75,990** |
| Initiated by **Non-Influenced** Physicians | 29,246 | 9,030 | **38,276** |
| **Total** | **85,125** | **29,141** | **114,266** |

*Note: Patient data for the period from 2006 to 2014 (Medicare and Medicaid).*
*There are 6,012 influenced physicians who initiated at least 1 ARV patient and 48,443 non-influenced physicians who initiated at least 1 ARV patient.*
*Source: Expert Supplemental Report of Prof. Shaked, Analysis 5.*



# Off-Label Analyses: Comparisons of P&I Off-Label Rates

**Influenced Physicians are defined as physicians who either:**

- Spoke at a Janssen speaking event;

- Attended a Janssen speaking event; or

- Received Janssen P&I Marketing.



# Off-Label Analyses: Comparisons of P&I Off-Label Rates

**Influenced Physicians Were More Likely to Prescribe P&I Off-Label than Non-Influenced Physicians**





Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).
Source: Expert Report of Prof. Shaked, Analysis 6.

38



# Off-Label Analyses: Comparisons of P&I Off-Label Rates

## Influenced Physicians Were More Likely to Prescribe P&I Off-Label than Non-Influenced Physicians

### Test: Difference of Two Population Means

| Statistic | Ratio of Off-Label P&I Rx-to-all P&I Rx | |
|---|---|---|
| | Non-Influenced | Influenced |
| Number of Physicians | 19,998 | 5,177 |
| Median | 0.0% | 13.2% |
| Average | 11.2% | 22.3% |

**Z score = 26.46**

**The probability that the difference between averages happened by chance is less than 1 in 10 billion**

**Based on the strength of the Z score, physicians influenced by Janssen off-label marketing were more likely to prescribe off-label P&I Rx than non-influenced physicians.**

*Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 6.*



# Off-Label Analyses: Comparisons of P&I Off-Label Rates

**Speakers** Were More Likely to Prescribe P&I Off-Label than Non-Speakers





*Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).
Source: Expert Report of Prof. Shaked, Analysis 11.*



# Off-Label Analyses: Comparisons of P&I Off-Label Rates

**Speakers Were More Likely to Prescribe P&I Off-Label than Non-Speakers**

## Test: Difference of Two Population Means

| Statistic | Ratio of Off-Label P&I Rx-to-all P&I Rx | |
|---|---|---|
| | Non-Speakers | Speakers |
| Number of Physicians | 24,871 | 304 |
| Median | 0.0% | 30.2% |
| Average | 13.3% | 33.0% |

**Z score = 17.30**

**The probability that the difference between averages happened by chance is less than 1 in 10 billion**

**Based on the strength of the Z score, speakers were more likely to prescribe off-label P&I Rx than non-speakers.**

*Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 11.*



# Off-Label Analyses: Comparisons of P&I Off-Label Rates

## Attendees Were More Likely to Prescribe P&I Off-Label than Non-Attendees





Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).
Source: Expert Report of Prof. Shaked, Analysis 9.



# Off-Label Analyses: Comparisons of P&I Off-Label Rates

## Speaker Event Attendees ("Attendees") Were More Likely to Prescribe P&I Off-Label than Non-Attendees

### Test: Difference of Two Population Means

| Statistic | Ratio of Off-Label P&I Rx-to-all P&I Rx | |
|---|---|---|
| | Non-Attendees | Attendees |
| Number of Physicians | 22,346 | 2,829 |
| Median | 0.0% | 18.1% |
| Average | 12.2% | 23.8% |

**Z score = 22.27**

**The probability that the difference between averages happened by chance is less than 1 in 10 billion**

**Based on the strength of the Z score, attendees were more likely to prescribe off-label P&I Rx than non-attendees.**



*Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 9.*



43

# Off-Label Analyses: Marketing Contacts vs. P&I Off-Label Rates



# Off-Label Analyses: Marketing Contacts vs. P&I Off-Label Rates

## Physicians Who Received More Janssen Marketing Contacts Prescribed More Off-Label P&I Rx

☐ **Grouping influenced physicians by the # of received Janssen marketing contacts:** # of times a physician has spoken at or attended a speaking event, or received a marketing call from Janssen





*Note: The groups presented in the chart consist of the following number of physicians (from left to right): 1,990, 832, 1,147, 848, and 360.*
*All analyzed influenced physicians prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 7A.*



45

# Off-Label Analyses: Marketing Contacts vs. P&I Off-Label Rx Rates

## Physicians Who Received More Janssen Marketing Contacts Prescribed More Off-Label Rx

- Dividing influenced physicians to 4 equal size groups based on the # of received Janssen marketing contacts:



Note: The groups presented in the chart consist of the following number of physicians (from left to right): 1,295, 1,294, 1,294, and 1,294.
All analyzed influenced physicians prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).
Source: Expert Report of Prof. Shaked, Analysis 7A.



46

# Off-Label Analyses: Marketing Contacts vs. P&I Off-Label Rates

## Receiving More Marketing Contacts Is Linked to Higher P&I Off-Label Rates

☐ I performed **Rank-Order correlation test** to determine whether groups of **influenced physicians** who received more marketing contacts from Janssen prescribed more off-label P&I Rx than groups of physicians who received less marketing contacts.

➤ Calculating **Rank-Order correlation between physician rankings based on**:

- 1) **Total received Janssen marketing contacts;**

- 2) **Ratio of off-label P&I Rx-to-all P&I Rx.**



*Note: All analyzed influenced physicians prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 7B.*



# Off-Label Analyses: Marketing Contacts vs. P&I Off-Label Rates

## Receiving More Marketing Contacts Is Linked to Higher P&I Off-Label Rates

**Rank-Order Correlation = 0.406**

**t-value = 31.944**

High t-value of over 31.9 shows that the calculated correlation between marketing contacts and the ratio of off-label P&I Rx-to-all P&I Rx is statistically significant.

Rank-Order correlation results indicate that physicians who received more marketing contacts from Janssen prescribed more off-label P&I Rx than physicians who received less marketing contacts from Janssen.

*Note: t-value of 1.65 suggests statistical significance at the 95% confidence level.*
*All analyzed influenced physicians prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 7B.*



# Off-Label Analyses: Speakers' Off-Label P&I Rx

# Off-Label Analyses: Speakers Off-Label P&I Rx

**Speakers** Wrote Over 20% of All Off-Label P&I Rx, While Accounting for 1.21% of All Physicians

| | # of Physicians | Off-Label P&I Rx ($) Reimbursed by Medicare | |
|---|---|---|---|
| Speakers | 304 | $ | 71,053,476 |
| All Physicians | 25,136 | $ | 348,782,616 |
| **Speakers as a % of Total** | **1.21%** | | **20.37%** |

**An average speaker prescribed almost 17 (20.37%/1.21%) times more off-label P&I Rx than an average non-speaker.**

*Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 12.*



# Off-Label Analyses: Speakers Off-Label P&I Rx

## Speakers Wrote Over 20% of All Off-Label P&I Rx, While Accounting for 1.21% of All Physicians



20.37%

1.21%

Speakers' off-label P&I Rx ($)
to all off-label P&I Rx ($)

Speakers as %
of all physicians

20.00%
15.00%
10.00%
5.00%
0.00%

*Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 12.*



# Comparing Groups of Physicians Who Initiated at Least 1 ARV Patient



# Comparing Groups of Physicians Who Initiated at Least 1 ARV Patient

## Influenced Physicians Initiated Over 65% of Patients on Prezista



65.64%[2]

11.04%[1]

70.00%
60.00%
50.00%
40.00%
30.00%
20.00%
10.00%
0.00%

Influenced Physicians as % of All Physicians Who Initiated at Least 1 ARV Patient

Influenced Physicians' % of All Patients Initiated on Prezista

*Note: All physicians have initiated at least 1 ARV patient from 2006 to 2014 (Medicare and Medicaid).*

*(1) Influenced physicians / all physicians who initiated at least 1 ARV patient = 6,012 / 54,455 = 11.04%*

*(2) Influenced physicians' # of Prezista patients initiated / all physicians' # of Prezista patients initiated = 55,879 / 85,125 = 65.64%*

*Source: Expert Supplemental Report of Prof. Shaked, Analysis 5.*





# Comparing Groups of Physicians Who Initiated at Least 1 ARV Patient

**Influenced Physicians Initiated Over 69% of Patients on Intelence**

*Note: All physicians have initiated at least 1 ARV patient from 2006 to 2014 (Medicare and Medicaid).*
*(1) Influenced physicians / all physicians who initiated at least 1 ARV patient = 6,012 / 54,455 = 11.04%*
*(2) Influenced physicians' # of Intelence patients initiated / all physicians' # of Intelence patients initiated = 20,111 / 29,141 = 69.01%*
*Source: Expert Supplemental Report of Prof. Shaked, Analysis 5.*




# Janssen's Incorrect Statements Regarding Its Own Marketing



# Janssen's Incorrect Statements Regarding Its Own Marketing

**Janssen's Expert incorrectly claims that Janssen's marketing may not affect physicians' prescribing behavior.**

**Response:**

| Marketing Contacts | # of Influenced Physicians | % of Influenced Physicians (5,177) |
| --- | --- | --- |
| 1 | 328 | 6.3% |
| 2 - 10 | 737 | 14.2% |
| 11 - 50 | 941 | 18.2% |
| 51 - 100 | 823 | 15.9% |
| 101 - 200 | 1,150 | 22.2% |
| 201 - 300 | 554 | 10.7% |
| 301 - 400 | 284 | 5.5% |
| 401 - 500 | 160 | 3.1% |
| 501 - 600 | 92 | 1.8% |
| 601 - 700 | 47 | 0.9% |
| 701 - 800 | 28 | 0.5% |
| 801 - 900 | 15 | 0.3% |
| 901 + | 18 | 0.3% |

| Marketing Contacts | # of Influenced Physicians | % of Influenced Physicians (5,177) |
| --- | --- | --- |
| 1 + | 5,177 | 100.0% |
| 5 + | 4,439 | 85.7% |
| 10 + | 4,157 | 80.3% |
| 25 + | 3,680 | 71.1% |
| 50 + | 3,187 | 61.6% |
| 100 + | 2,355 | 45.5% |
| 200 + | 1,208 | 23.3% |
| 250 + | 876 | 16.9% |
| 300 + | 644 | 12.4% |
| 350 + | 491 | 9.5% |
| 400 + | 360 | 7.0% |
| 500 + | 201 | 3.9% |
| 1000 + | 10 | 0.2% |

**Median # of Janssen Marketing Contacts: 85**
**Average # of Janssen Marketing Contacts: 135**

*Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Exhibit 26.*



# Janssen's Incorrect Statements Regarding Its Own Marketing

## Response (continued):

☐ Dividing influenced physicians to 4 equal size groups based on the # of received Janssen marketing contacts:



Note: The groups presented in the chart consist of the following number of physicians (from left to right): 1,295, 1,294, 1,294, and 1,294. All analyzed influenced physicians prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).

Source: Expert Report of Prof. Shaked, Analysis 7A.



# Janssen's Incorrect Statements Regarding Its Own Marketing

## Response (continued):





*Note: All physicians analyzed prescribed at least 1 P or I Rx from 2006 to 2014 (Medicare).*
*Source: Expert Report of Prof. Shaked, Analysis 6.*



58

# PILM's Return-on-Investment Analysis of Janssen's Marketing



# PILM's Return-on-Investment Analysis of Janssen's Marketing

- ☐ **Partners In Loyalty Marketing ("PILM") is a marketing consulting firm which analyzes return on investments ("ROI") for marketing programs** in various industries.

- ☐ **Janssen hired PILM, an unrelated third party, to conduct an evaluation of the effectiveness of its marketing initiatives,** including Speaker Programs and the Sales Force.

**Screenshot from PILM Report:[1]**

▶ **PILM evaluates the number of prescribing vs. non-prescribing physicians in pre and post program periods to help answer:**

  ✔ Do new physicians start to write post program exposure?

  ✔ Are current prescribers continuing to write (or write more) post program exposure?

*(1) Partners in Loyalty Marketing Inc, "PILM Capabilities: Measuring ROI for Janssen," November 17, 2011, p. 7.*



# PILM's Return-on-Investment Analysis of Janssen's Marketing

## Janssen's Finance & Marketing Department Approved PILM's Analysis Models

**Screenshot from PILM Report:**

▶ **All PILM scorecards use a straight forward P&L model that incorporates**

  ✓ Incremental prescriptions, and sales, against costs to calculate true ROI

  ✓ A transparent model that has been approved by Janssen's finance and marketing departments

Source: Partners in Loyalty Marketing Inc, "2011 Program Evaluations Measuring ROI," April 20, 2012, p. 4.

MSG

# PILM's Return-on-Investment Analysis of Janssen's Marketing

## Janssen's Speaker Program Results (January – November 2011)

### Screenshot from PILM Report:

| Medforce (Thru Nov'11) | Actual |
|---|---|
| Investment | $2,655,569 |
| Participants | 11,859 |
| Medforce | 7,323 |
| Unbranded Disease Awareness | 4,536 |
| Breakeven TRx | 3,849 |
| Evaluated YTD (Match IMS ID#) | |
| Participants | 1,095 |
| TRx Lift / Participant | 5.35 |
| Total TRx Lift | 5,857 |
| Total NTS Lift | $4,041,513 |
| Bottom Line ROI | $0.52 |
| Estimated YTD (Total Participants – Weighted Lift) | |
| TRx Lift / Participant | 0.94 |
| Total TRx Lift | 11,174 |
| Total NTS Lift | $7,709,853 |
| BL ROI ($X: $1) | $2.90 |

**Investment**

**Total Rx Lift
per Participant**

**NTS = Net Trade Sales
(Incremental Sales)**

Each dollar invested
in the speaker
program returned
$2.90.

$$\frac{\$\,7{,}709{,}853}{\$\,2{,}655{,}569} = \$\,2.90$$

*Source: Partners in Loyalty Marketing Inc, "2011 Program Evaluations Measuring ROI," April 20, 2012, p. 23.*



# PILM's Return-on-Investment Analysis of Janssen's Marketing

## Janssen's Speaker Program Results (January – November 2012)

### Screenshot from PILM Report:

**Investment**

**Total Rx Lift per Participant**

**Incremental Sales**

Each dollar invested in the speaker program returned $3.15.

$$\frac{\$ 4,346,270}{\$ 1,381,906} = \$ 3.15$$

| Medforce Branded Speaker Programs | Jan - Nov |
|---|---|
| Investment | $1,381,906 |
| Participants | 4,240 |
| Breakeven TRx | 2,003 |
| Actual Matched YTD (IMS ID#) | |
| Participants | 611 |
| TRx Lift / Participant | 5.55 |
| Total TRx Lift | 3,394 |
| Total NTS Lift | $2,341,871 |
| Bottom Line ROI | $1.69 |
| Extrapolated Total (Total Participants – 14%* evaluated lift applied to non-matched participants) | |
| TRx Lift / Participant | 1.49 |
| Total TRx Lift | 6,299 |
| Total NTS Lift | $4,346,270 |
| BL ROI ($X: $1) | $3.15 |

*Source: Partners in Loyalty Marketing Inc., "2012 Program Evaluations Measuring ROI," January 22, 2013, p. 23.*



# PILM's Return-on-Investment Analysis of Janssen's Marketing

## Janssen's Speaker Program Results (Q1 – 2013)

### Screenshot from PILM Report:

| Medforce Branded Speaker Programs | Q1 2013 |
|---|---|
| Investment | $79,056 |
| Participants | 310 |
| Breakeven TRx | 105 |
| Actual Matched YTD (IMS ID#) | |
| Participants | 67 |
| TRx Lift / Participant | 2.50 |
| Total TRx Lift | 167 |
| Total NTS Lift | $125,975 |
| Bottom Line ROI | $1.59 |
| Extrapolated Total (Total Participants – 22% evaluated lift applied to non-matched participants) | |
| TRx Lift / Participant | 0.96 |
| Total TRx Lift | 299 |
| Total NTS Lift | $224,723 |
| BL ROI ($X: $1) | $2.84 |

**Investment**

**Total Rx Lift per Participant**

**Incremental Sales**

**Each dollar invested in the speaker program returned $2.84.**

$$\frac{\$224{,}723}{\$79{,}056} = \$2.84$$

Source: Partners in Loyalty Marketing Inc., "Q1 2013 Program Evaluations Measuring ROI," July 26, 2013, p. 18.



# PILM's Return-on-Investment Analysis of Janssen's Marketing

## Janssen's Speaker Program Results: Significant Impact on Sales

**Screenshot from PILM Report:[1]**

▲ **Speaker Programs are an effective way to make a lasting impact on prescribing behavior**

### Revenue per Rx

| Speaker Program | Thru Nov'11 | Jan - Nov 2012 | Q1 2013 |
|---|---|---|---|
| Total NTS lift | $ 7,709,853 | $ 4,346,270 | $ 224,723 |
| Total TRx lift | 11,174 | 6,299 | 299 |
| **Revenue per Rx** | $ 690 | $ 690 | $ 752 |

### Revenue per dollar spent

| Speaker Program | Thru Nov'11 | Jan - Nov 2012 | Q1 2013 |
|---|---|---|---|
| Total NTS lift | $ 7,709,853 | $ 4,346,270 | $ 224,723 |
| Investment | $ 2,655,569 | $ 1,381,906 | $ 79,056 |
| **Bottom line ROI** | $ 2.90 | $ 3.15 | $ 2.84 |

**In contrast to Janssen's Expert, PILM clearly concludes Speaker Programs have a lasting impact on prescribing behavior.**

*(1) Partners in Loyalty Marketing Inc, "2012 Program Evaluations Measuring ROI," January 22, 2013, p. 23.*



# PILM's Return-on-Investment Analysis of Janssen's Marketing

## Sales Force Results: Significant Impact on Sales

**Screenshot from PILM Report:**

▲ **110 Sales Reps called on 4,925 targets in 2012**

▲ **Each HCP generated 5.61 incremental TRx – topping all programs**

✓ This is the strongest Sales Force lift PILM has seen across evaluated pharma brands

*Source: Partners in Loyalty Marketing Inc, "2012 Program Evaluations Measuring ROI," January 22, 2013, p. 29.*



# PILM's Return-on-Investment Analysis of Janssen's Marketing

## PILM's Conclusion on Program's Impact on Both P&I

**Screenshot from PILM Report:[1]**

▲ **Interestingly, Intelence Speaker Programs also had impact on Prezista TRx lift**

✓ 13.72 TRx per HCP

(1) Partners In Loyalty Marketing Inc., "2011 Program Evaluations Measuring ROI," April 20, 2012, p. 23.



# Damages: Kickbacks and Off-Label Marketing

MSG

# Damages Resulting From Kickbacks and Off-label Marketing

## Off-label Marketing

**Janssen marketing off-label to physicians**



**Effect: Influenced physicians initiating off-label P&I Rx**

## Kickbacks

**Janssen providing kickbacks to speakers**



**Effect: Speakers prescribing P&I Rx**



# Kickback Damages

## Reimbursed by Government Payors: Medicare, Medicaid and ADAP

### Kickback Damages Calculation

**Once a speaker was paid by Janssen, all P&I Rx made by that speaker, and which were reimbursed by the government, are considered damages (from the first payment through 2014).**



Kickback Damages
$ 327.2 million

Kickback Claims: 435,042

*Note: Based on 321 speakers who had a known National Provider Identifier ("NPI") number (Medicare, Medicaid and ADAP).*



**Off-label P&I Rx**

# Off-Label P&I Claims:

## 1) Prezista Lipids (2006-2014)

All Prezista Rx, written for patients who received any lipid regulating medication or a lipid-related diagnosis prior to the first time they were prescribed Prezista.

## 2) Prezista Treatment Naïve (2006-2008)

All Prezista Rx, written for patients who previously were not taking any ARV medication.

## 3) Intelence Treatment Naïve (2008-2014)

All Intelence Rx, written for patients who previously were not taking any ARV medication.

## 4) Intelence Once-Daily Dosing (2008-2014)

All Intelence Rx with dosing instructions providing once-daily usage.



# Off-label P&I Damages

## Reimbursed by Government Payors: Medicare, Medicaid and ADAP

**All Off-Label P&I Rx**

**Off-Label P&I Rx initiated by Influenced Physicians**

**Considered Off-Label Damages**

**Off-Label P&I Rx initiated by Non-Influenced Physicians**

**NOT Considered Off-Label Damages**





**Off-label Damages (2006-2014)**

Reimbursed by Government Payors: Medicare, Medicaid and ADAP

Off-Label Damages of $446.7 million

Off-Label Claims: 593,996

All Government P&I Rx sales of $2.95 billion

Off-Label P&I Rx

Off-Label Rx Initiated by Influenced Physicians





# Off-label Damages ($ millions)

## Reimbursed by Government Payors: Medicare, Medicaid and ADAP

### Conservatively Excluded Certain Off-Label Damages

Off-Label Damages of $446.7 million

Prezista Off-Label Damages
$414.3[1]

Intelence Off-Label Damages
$32.4[2]

Prezista Lipids Claims
$414.3[1]

Prezista Treatment Naïve Claims
$1.9

Intelence Once-Daily Dosing Claim
$32.4[2]

Intelence Treatment Naïve Claim
$16.4

(1) Hyperglycemia codes were eliminated from the analysis, which lowered Prezista lipids damages from $430.4 million to $414.3 million.

(2) Includes only Intelence Once-Daily Rx that were initiated by influenced physicians.



74

# Deduplication of Off-Label and Kickback Damages



Off-Label Damages of $446.7 million

Kickback Damages $ 327.2 million

**Excluded From Damages Calculation:**

Overlap of $84.8 million between kickback and off-label damages represents off-label claims initiated and written by speakers.





**Deduplication of Off-Label and Kickback Damages**

Off-Label Damages of $361.9 million

Kickback Damages $ 327.2 million

Reduction of $84.8 Million (19.0%)
Reduction of 112,731 claims (19.0%)



# Deduplication of Off-Label and Kickback Damages

**Reduced Off-Label Claims: 481,265**

Reduced Off-Label Damages of $361.9 million

**Kickback Claims: 435,042**

Kickback Damages $ 327.2 million

MSG