Allison M. Brown
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4757
Alli.Brown@kirkland.com

Geoffrey M. Wyatt
(admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 389-3393
Geoffrey.Wyatt@kirkland.com

Abigail Hazlett
(admitted *pro hac vice*)
Michael A. Schwartz
(admitted *pro hac vice*)
Brian Nichilo
**TROUTMAN PEPPER**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
Abigail.Hazlett@troutman.com
Michael.Schwartz@troutman.com
Brian.Nichilo@troutman.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JESSICA PENELOW and CHRISTINE BRANCACCIO,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN PRODUCTS, LP,<br><br>Defendant. | Case No. 12-7758 (ZNQ)(JBD)<br><br>**NOTICE OF APPEAL**<br><br>Hon. Zahid N. Quraishi |

Notice is given that Defendant Janssen Products, LP, pursuant to 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Third Circuit

from the final judgment, ECF 498, entered on March 28, 2025, and all adverse orders, rulings, findings, stipulations, and conclusions merged in the judgment.

Dated: April 25, 2025            Respectfully submitted,

/s/ Allison M. Brown
Allison M. Brown
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4757
Alli.Brown@kirkland.com

Geoffrey M. Wyatt
(admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 389-3393
Geoffrey.Wyatt@kirkland.com

Abigail Hazlett
(admitted *pro hac vice*)
Michael A. Schwartz
(admitted *pro hac vice*)
Brian Nichilo
**TROUTMAN PEPPER**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Phone: (215) 981-4000
Fax: (215) 981-4750
Abigail.Hazlett@troutman.com
Michael.Schwartz@troutman.com
Brian.Nichilo@troutman.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Notice of Appeal was served by the undersigned this 25th day of April, 2025 via ECF on all counsel of record.

Dated: April 25, 2025                                              Respectfully submitted,

/s/ Allison M. Brown
Allison M. Brown
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4757
Alli.Brown@kirkland.com
*Attorney for Defendants*